**Order entered June 25, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00545-CR

## THOMAS DAMIEN MCLEAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31671**

## ORDER

The clerk's record, filed May 22, 2018, does not contain the jury charge on guilt/innocence or the jury charge on punishment. *See* TEX. R. APP. P. 34.5(a).

We **ORDER** the Hunt County District Clerk to file a supplemental clerk's record containing the jury charge on guilt/innocence and the jury charge on punishment within **TEN DAYS** of the date of this order.

/s/      CRAIG STODDART
JUSTICE